UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARSHALL E. WIGGINS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:12-CV-1118 CAS |
| UNITE HERE LOCAL #74, | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff Marshall E. Wiggins's action against defendant Unite Here Local #74 is **DISMISSED,** with prejudice.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   11th   day of December, 2012.